# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A | : | No. 176 WAL 2022 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| PAMELA A. VUKMAN (AKA PAMELA MCDEAVITT), LEO L. MCDEAVITT, JR., CHRISTOPHER MCDEAVITT AND ALL OCCUPANTS OF 104 DORF DRIVE, PITTSBURGH, PA 15209 | : | |
| | : | |
| PETITION OF: PAMELA A. VUKMAN (AKA PAMELA MCDEAVITT) | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of November, 2022, the Petition for Allowance of Appeal and the Motion for Leave of Court to File Application for Relief are **DENIED**.